ALEXIS OBCLENSKY, Respondent, v. PHILADELPHIA INQUIRER COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

CITY BANK FARMERS TRUST COMPANY, as Trustee under a Deed of Trust Dated April 28, 1931, Made by MARY GERTRUDE ABBEY (Now Deceased) for the Benefit of Said MARY GERTRUDE ABBEY and Others, v. SUSAN MARGERY ARNOLD and Others, Impleaded with MARGERY ELEANOR ARNOLD and Others and NATIONAL ACADEMY OF DESIGN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

CITY BANK FARMERS TRUST COMPANY, as Trustee under a Deed of Trust Dated April 28, 1931, Made by MARY GERTRUDE ABBEY( Now Deceased) for the Benefit of Said MARY GERTRUDE ABBEY and Others, v. SUSAN MARGERY ARNOLD and Others, Impleaded with MARGERY ELEANOR ARNOLD and Others and NATIONAL ACADEMY OF DESIGN and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley, Glennon and Untermyer, JJ.

WILLIAM J. P. ECKLES v. GARDINER S. DRESSER and Others.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

BLANCHE BAMBOSCHEK v. GIUSEPPE BAMBOSCHEK.— Motion for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

HENRY MEIREIS, Individually and as Trustee, etc., of HENRY FEHRMANN and BARBARA FEHRMANN, v. JACOB KLAR and CHARLOTTE HOEHLER, as Administrators, etc., of BARBARA E. FEHRMANN and HENRY FEHRMANN, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

GERTRUDE M. KOSSOFF v. MORRIS WALD and Others, Impleaded with ABRAHAM GREENBERG.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ.

In the Matter of the Judicial Settlement of the First Intermediate Account of Proceedings of ADELIA M. CORBIN and TITLE GUARANTEE AND TRUST COMPANY, as Executors, etc., of FLOYD S. CORBIN, Deceased.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE CITY OF NEW YORK, Relative to Acquiring Title, Wherever the Same Has Not Been Heretofore Acquired for the Same Purpose, in Fee to the Real Property Required for the Opening and Extending of Harrison Avenue from West One Hundred and Seventy-sixth Street to West Tremont Avenue, in the Borough of The Bronx, City of New York.— Motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Present — Finch, P. J., Merrell, Martin, O'Malley and Untermyer, JJ. [See 241 App. Div. 869.]

EILEEN CUMMING CECIL v. ABERCROMBIE & FITCH COMPANY, a Corporation.— Motion for leave to appeal to the Court of Appeals or for a reargument denied,